**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

WALTER B. STUART
520 Madison Avenue
34th floor
New York, NY 10022
Tel +1 212 230 4650
Fax +1 646 465 7540
walter.stuart@freshfields.com

**By Facsimile**

February 18, 2011

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/11
```

Re: *Fir Tree Capital Opportunity Master Fund, LP v. Anglo Irish Bank Corporation Ltd.* 11-CV-0955 (PGG)

Dear Judge Gardephe:

We represent Defendant in the above-referenced proceedings.

The parties have agreed that the date by which Defendant will submit its opposition to Plaintiffs' Motion for a Preliminary Injunction will be extended from Monday, February 21 until Tuesday, February 22, and that Plaintiffs' reply date will be extended one day until February 24.

Respectfully submitted,

**MEMO ENDORSED**
Briefing will proceed on the schedule indicated above.

Walter B. Stuart

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.
Dated: Feb. 18, 2011

The Freshfields Bruckhaus Deringer US LLP partners include members of the Bars of the State of New York and the District of Columbia, Solicitors of the Supreme Court of England and Wales and Rechtsanwälte of Germany

Abu Dhabi  Amsterdam  Bahrain  Barcelona  Beijing  Berlin  Brussels  Cologne  Dubai  Düsseldorf
Frankfurt am Main  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  London  Madrid  Milan
Moscow  Munich  New York  Paris  Rome  Shanghai  Tokyo  Vienna  Washington