```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIR TREE CAPITAL OPPORTUNITY MASTER
FUND, LP and FIR TREE VALUE MASTER
FUND, LP,

                Plaintiffs,

v.

ANGLO IRISH BANK CORPORATION
LIMITED (f/k/a ANGLO IRISH BANK
CORPORATION PLC)

                Defendant.

**ECF CASE**

**ORDER**

11 Civ. 0955 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Anglo Irish Bank Corporation Limited is directed to respond to Plaintiffs' June 20, 2011 letter by **Wednesday, June 22, 2011 at 5 p.m.** In its submission, Defendant is to discuss whether it has "submitted a plan to merge with Irish Nationwide Building Society," whether it has in fact "sold substantial additional commercial assets in the United States" and whether the "sale of *all* of its remaining U.S.-based assets" is "imminent," as Plaintiffs allege. (Pltf. Jun. 20, 2011 Ltr. at 2 (emphasis in original))

      If such developments have or are expected to take place, Defendant should discuss whether these acts are sufficient "[t]o sustain jurisdiction on the basis of commercial activity by a foreign state in the United States." See Filetech S.A. v. France Telecom, S.A., 212 F. Supp. 2d 183, 191 (S.D.N.Y. 2001) (quoting Reiss v. Societe Centrale Du Groupe Des Assurances Nationales, 235 F.3d 738, 747 (2d Cir. 2000)).

Dated: New York, New York
       June 20, 2011

                          SO ORDERED.

                          _____
                          Paul G. Gardephe
                          United States District Judge